ADAM PAUL LAXALT
Attorney General
JOSHUA M. HALEN, Bar No. 13885
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL ROTONDO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL KOEHN, et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-00395-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Plaintiff Samuel Rotondo, appearing pro se, and Defendants Michael Koehn, Kelli Lyons, Stephanie Ray, and Mark Mabson, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 12 day of September, 2018.

By: /s/ Samuel Rotondo
SAMUEL ROTONDO
*Plaintiff, Pro Se*

DATED this 12th day of September, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Joshua M. Halen
JOSHUA M. HALEN
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED: September 12, 2018

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of September, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Samuel Rotondo #1108368
Ely State Prison
P.O. Box 1989
Ely, NV 89301

*/s/ Laurie Penny*
An employee of the Office
of the Attorney General